AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**BILLY JOE ALVARADO**

Case No.   1:00cr151-WHA-04
USM No.   10764-002

Stephen Ganter
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) ___1, 2 and 4 of the petition___ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report to probation within 72 hours of release from custody | 9/14/2011 |
| 2 | Failure to answer truthfully all inquiries by the probation officer | 9/14/2011 |
| 4 | Failure to complete drug abuse treatment | 9/14/2011 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s) ___3 of the petition___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3582

Defendant's Year of Birth:   1977

City and State of Defendant's Residence:
Montgomery, AL

November 8, 2011
Date of Imposition of Judgment

*(signature)*
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

11/8/11
Date

Judgment — Page 2 of 2

DEFENDANT: BILLY JOE ALVARADO
CASE NUMBER: 1:00cr151-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

**24 months with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on February 8, 2011, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 24 months.

X  The court makes the following recommendations to the Bureau of Prisons:
   The court recommends Defendant be designated to a facility where drug treatment is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL